**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED
07 OCT -5 PM 12: 31

General Court Number
415.522.2000

September 13, 2007

Central Districrt of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

RE: CV 07-04669 SI   RAYMOND GADDIS-v-JOHN MARSHALL

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

Simone Voltz

by: Simone Voltz
Case Systems Administrator

CV07-6426 R(RCF)

Enclosures
Copies to counsel of record